Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

December 17, 2025

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER MICHAEL COX,

    Defendant.

NO. **CR25-5353 TMC**

**INDICTMENT**

The Grand Jury charges that:

## COUNT 1

**(Unlawful Possession of a Firearm)**

On or about October 28, 2025, in Mason County, within the Western District of Washington, CHRISTOPHER MICHAEL COX, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

    a.    *Smuggling Goods into the United States, Clean Air Act False Statement,* and *Possession of Child Pornography*, in United States District Court for the Western District of Washington, under case number CR21-05221 RJB, on or about January 28, 2022;

Indictment - 1
*United States v. Cox*
USAO No. 2025R01317

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(206) 553-7970

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, an Aero Precision X15 rifle and a Ruger EC9S 9MM pistol, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

### (Possession of Child Pornography)

Beginning on a date unknown and continuing until on or about October 28, 2025, in Mason County, within the Western District of Washington, CHRISTOPHER MICHAEL COX knowingly possessed, and attempted to do so, matter that contained any visual depiction—the production of which involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct—that was mailed and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and that was produced using materials that had been so mailed and shipped and transported by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

### FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1, CHRISTOPHER MICHAEL COX shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the offense. Such property includes, but is not limited to:

a.    one Aero Precision X15 rifle;

b.    one Ruger EC9S 9MM pistol; and

Indictment - 2
*United States v. Cox*
USAO No. 2025R01317

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(206) 553-7970

c.    any associated ammunition.

Upon conviction of the offense alleged in Count 2, CHRISTOPHER MICHAEL COX shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), all property used to commit or to facilitate commission of the offense, any proceeds of the offense, and any data files consisting of or containing visual depictions within the meaning of Title 18, United States Code, Section 2253(a)(1).

//

//

//

Indictment - 3
*United States v. Cox*
USAO No. 2025R01317

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or,

    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: Yes

DATED: 12/17/2025

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____
CHARLES NEIL FLOYD
United States Attorney

_____
MARCI L. ELLSWORTH
Assistant United States Attorney

_____
KRISTINE L. FOERSTER
Assistant United States Attorney

Indictment - 4
*United States v. Cox*
USAO No. 2025R01317

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(206) 553-7970